**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JOHNNIE CHARLES,

                              Plaintiff,

            -against-                                          25 **CIVIL** 4968 (LLS)

                                                              **JUDGMENT**

GOOD SAMARITAN HOSPITAL, et al.,

                              Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 10, 2026, Plaintiff's claims under 42 U.S.C. § 1983

are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines under 28 U.S.C.

§ 1367(c)(3) to exercise supplemental jurisdiction of Plaintiff's state law claims. Plaintiff's

application for the Court to request counsel (ECF 3) is denied; accordingly, the case is closed.

**Dated:** New York, New York

          March 26, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                                                K. mango
                         **BY:**
                                        _____
                                                **Deputy Clerk**